NOAH A. BRUMFIELD (Cal.Bar No. 203653)
nbrumfield@whitecase.com
SHAMITA D. ETIENNE-CUMMINGS (Cal. Bar No. 202090)
setienne@whitecase.com
BIJAL V. VAKIL (Cal. Bar No. 192878)
bvakil@whitecase.com
WHITE & CASE LLP
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:  (650) 213-8158

ATTORNEYS FOR PLAINTIFF
INTERWOVEN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERWOVEN, INC.,<br><br>                    Plaintiff,<br><br>          vs.<br><br>VERTICAL COMPUTER SYSTEMS, INC.<br><br>                    Defendant. | Civil Case No.: 3:10-CV-04645<br><br>Honorable Richard Seeborg<br><br>STIPULATED REQUEST FOR AN ORDER CHANGING TIME AND [~~PROPOSE~~D ORDER]<br><br>Current<br>Date:   January 13, 2011<br>Time:   1:30 pm<br>Courtroom 3 (17th Floor)<br><br>Proposed<br>Date:   January 20, 2011<br>Time:   1:30 pm<br>Courtroom 3 (17th Floor) |

Plaintiff Interwoven, Inc. ("Interwoven") and Defendant Vertical Computer Systems, Inc. ("VCS") hereby file this Stipulated Request to Change the Time of the hearing on Plaintiff's

STIPULATED REQUEST FOR AN ORDER
CHANGING TIME AND ~~PROPOSE~~D ORDER
CASE NO. 3:10-CV-04645

Motion to Enjoin Defendant from Pursuing Duplicative Litigation and on Defendant's Motion to Transfer Venue Or, in the Alternative, to Dismiss Interwoven's Complaint for Declaratory Judgment. The parties would show the Court as follows:

1. On December 7, 2010, Defendant filed its Motion to Transfer Venue Or, in the Alternative, to Dismiss Interwoven's Complaint for Declaratory Judgment, requesting a hearing date of January 12, 2011.

2. On December 8, 2010, Defendant filed an Amended Notice of Motion, requesting a hearing date of January 13, 2011.

3. On December 9, 2010, Plaintiff filed its Motion to Enjoin Defendant from Pursuing Duplicative Litigation, requesting a hearing date of January 13, 2011.

4. The parties now seek to change the date of the hearing for both of these Motions to January 20, 2011 to accommodate scheduling conflicts of Plaintiff's counsel.

5. The proposed change will have the following effects on other dates in this case:

   a. The parties' Oppositions to these Motions, currently due on December 23, 2010, would be due on December 30, 2010.

   b. The parties' Replies to these Motions, currently due on December 30, 2010, would be due on January 6, 2011.

6. This Stipulated Request is not made for purposes of delay or harassment, but is based in good faith upon the grounds stated herein.

7. FOR THESE REASONS, the parties respectfully request an Order from this Court changing the date for the hearing on these motions to January 20, 2011.

Dated: December 21, 2010

Respectfully submitted,

| /s/ Bijal V. Vakil | /s/ Mark V. Isola |
|---|---|
| NOAH A. BRUMFIELD (SBN 203653)<br>nbrumfield@whitecase.com<br>SHAMITA D. ETIENNE-CUMMINGS (SBN. 202090)<br>setienne@whitecase.com<br>BIJAL V. VAKIL (SBN 192878)<br>bvakil@whitecase.com<br>WHITE & CASE LLP<br>5 Palo Alto Square, 9th Floor<br>3000 El Camino Real<br>Palo Alto, CA  94306<br>Telephone:  (650) 213-0300<br>Facsimile:   (650) 213-8158 | REHON & Roberts, APC<br>Mark V. Isola (SBN 154614)<br>misola@rehonroberts.com<br>830 The Alameda<br>San Jose, CA 95126<br>Phone: (408) 494-0900<br>Fax: (408) 494-0909<br><br>NIRO, HALLER & NIRO<br>Vasilios D. Dossas (*Pro Hac Vice*)<br>dossas@nshn.com<br>181 West Madison, Suite 4600<br>Chicago, IL 60602-4515<br>Phone: (312) 236-0733<br>Fax: (312) 236-3137 |
| ATTORNEYS FOR PLAINTIFF<br>INTERWOVEN, INC. | ATTORNEYS FOR DEFENDANT<br>VERTICAL COMPUTER SYSTEMS, INC. |

The Court finds that the Stipulated Request for an Order Changing Time is well taken and should be GRANTED.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 12/21/10

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

WHITE & CASE LLP
ATTORNEYS AT LAW

STIPULATED REQUEST FOR AN ORDER
CHANGING TIME AND ~~PROPOSED~~ ORDER
CASE NO. 3:10-CV-04645