**United States District Court**
For the Northern District of California

**\*E-Filed 1/24/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERWOVEN, INC., | No. C 10-4645 RS |
| Plaintiff, | **ORDER RE: OPPOSITION TO MOTION TO RELATE CASES** |
| v. | |
| VERTICAL COMPUTER SYSTEMS, INC., | |
| Defendant. | |

On January 24, 2011, Vertical filed an opposition to Samsung's administrative motion to consider whether case number C 11-0189 should be related to the instant matter, C 10-4645. Although the cases were related by Court Order on January 21, 2011, Vertical's opposition was considered.  The opposition does not address the factors set forth in Civil Local Rule 3-12, and the Order Relating C 11-0189 to this matter shall remain in effect.

IT IS SO ORDERED.

Dated: 1/24/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE