*E-Filed 3/29/11*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERWOVEN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VERTICAL COMPUTER SYSTEMS, INC. <br><br> Defendant. | Case Nos.:   3:10-cv-04645-RS and <br><br>                     3:11-cv-00189-RS <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE ~~MANAGEMENT CONFERENCE~~ <br> AS MODIFIED BY THE COURT <br> Current Date: April 14, 2011 <br> New Date:    April 28, 2011 <br> Time:           10:00 am <br> Courtroom 3 (17th Floor) <br> Honorable Richard Seeborg |

The Court, having considered the Joint Stipulation to Continue Case Management Conference filed by plaintiff Interwoven, Inc. ("Interwoven"), and good cause appearing, HEREBY ORDERS as follows:

1. The initial Case Management Conference is continued to Thursday, ~~April 28, 2011~~ May 12, 2011 at 10:00 a.m.; and

2. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/29/11

_____
Honorable Richard Seeborg
United States District Judge

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:10-CV-04645 - RS