REHON & ROBERTS, APC
Mark V. Isola (SBN 154614)
misola@rehonroberts.com
830 The Alameda
San Jose, CA  95126
Phone: (408) 494-0900
Fax: (408) 494-0909

NIRO, HALLER & NIRO
Vasilios D. Dossas *(Pro Hac Vice)*
dossas@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137

Attorneys for Defendant Vertical Computer Systems, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERWOVEN INC., <br><br> Plaintiff, <br><br> v. <br><br> VERTICAL COMPUTER SYSTEMS, INC., <br><br> Defendant. | Case No. 3:10-cv-4645-RS <br> [4:11-cv-2425-RS] <br><br> **STIPULATION TO CONSOLIDATE CASES AND VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Defendant, Vertical Computer Systems, Inc. ("Vertical") and Plaintiff, Interwoven Inc. ("Interwoven") respectfully request that the Court consolidate the second action entitled, Vertical Computer Systems, Inc. v. Interwoven Inc., Case No. 4:11-cv-2425-RS (U.S. District Court for the Northern District of San Francisco) ("second action") into the existing action entitled, *Interwoven, Inc. v. Vertical Computer Systems, Inc.*, Case No. 3:10-cv-4645-RS (U.S. District Court for the Northern District of California, San Francisco Division) ("existing action"). While Defendant Interwoven Inc. opposes the request to consolidate in light of the existing action, it agrees to this stipulation based on representations by Vertical that it will voluntarily dismiss the second action (within three business days) when the Federal Circuit issues its order denying

1  Vertical's writ of mandamus in the existing action in an effort to reduce the burdens on this

2  Court.[1]  Conversely, Vertical represents that when the Federal Circuit issues its order granting

3  Vertical's writ of mandamus in the existing action, it will transfer the second action back to the

4  Texas court in which it was commenced, and seek to have the existing action dismissed.[2]

5        These two actions present essentially the same issues, the second action being the

6  transferred Vertical action which Vertical initiated in Texas and the existing action being the

7  declaratory judgment action that Interwoven initiated.

8        Vertical and Interwoven further request that the Court vacate the Case Management

9  Conference set for August 11, 2011, in the second action as they have already completed these

10  matters in the existing action.

11  Dated:  August 4, 2011

| /s/ Bijal V. Vakil | /s/ Mark V. Isola |
|---|---|
| Noah A. Brumfield<br>(nbrumfield@whitecase.com)<br>Shamita D. Etienne-Cummings<br>(setienne@whitecase.com)<br>Bijal V. Vakil<br>(bvakil@whitecase.com)<br>WHITE & CASE LLP<br>5 Palo Alto Square, 9th Floor<br>3000 El Camino Real<br>Palo Alto, CA  94306<br>Tel:  (650) 213-0300<br>Fax: (650) 213-8158<br><br>**Attorneys for Plaintiff, Interwoven, Inc.** | REHON & ROBERTS, APC<br>Mark V. Isola (SBN 154614)<br>misola@rehonroberts.com<br>830 The Alameda<br>San Jose, CA  95126<br>Phone: (408) 494-0900<br>Fax: (408) 494-0909<br><br>NIRO, HALLER & NIRO<br>Vasilios D. Dossas *(Pro Hac Vice)*<br>dossas@nshn.com<br>181 West Madison, Suite 4600<br>Chicago, IL 60602-4515<br>Phone: (312) 236-0733<br>Fax: (312) 236-3137<br><br>**Attorneys for Defendant Vertical Computer Systems, Inc.** |

---

[1] Interwoven's counsel has repeatedly unsuccessfully attempted in good faith through correspondence and telephone discussions to obtain a withdrawal of the second action.  Unfortunately, Vertical's counsel refuses to consent to the same.

[2] Vertical cannot agree to dismiss the second action because it is necessary to the appeal to the Federal Circuit and matters related thereto.

2
STIPULATION TO CONSOLIDATE CASES AND
VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 5, 2011

_____
HONORABLE RICHARD SEEBORG
United States District Court

STIPULATION TO CONSOLIDATE CASES AND
VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER