*E-Filed 9/2/11*

1  NOAH A. BRUMFIELD (Cal. Bar No. 203653)
   nbrumfield@whitecase.com
2  BIJAL V. VAKIL (Cal. Bar No. 192878)
   bvakil@whitecase.com
3  SHAMITA D. ETIENNE-CUMMINGS (Cal. Bar No. 202090)
   setienne@whitecase.com
4  JENNIFER P. GOSSAIN (Cal. Bar No. 254174)
   jgossain@whitecase.com
5  **WHITE & CASE LLP**
   5 Palo Alto Square, 9th Floor
6  3000 El Camino Real
   Palo Alto, CA  94306
7  Telephone:  (650) 213-0300
   Facsimile:  (650) 213-8158
8
9  ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM-
   DEFENDANT INTERWOVEN, INC.
10
   REHON & ROBERTS, APC
11 Mark V. Isola (SBN 154614)
   misola@rehonroberts.com
12 830 The Alameda
   San Jose, CA 95126
13 Phone: (408) 494-0900
   Fax: (408) 494-0909
14
15 NIRO, HALLER & NIRO
   Vasilios D. Dossas *(Pro Hac Vice)*
16 dossas@nshn.com
   181 West Madison, Suite 4600
17 Chicago, IL 60602-4515
   Phone: (312) 236-0733
18 Fax: (312) 236-3137
19
   Attorneys for Vertical Computer Systems, Inc.
20
21           **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
22                **SAN FRANCISCO DIVISION**
23

| | |
|---|---|
| INTERWOVEN, INC., | CIVIL CASE NO.: 3:10-cv-04645-RS |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER; DECLARATION OF BIJAL V. VAKIL IN SUPPORT OF THE SAME** |
| vs. | |
| VERTICAL COMPUTER SYSTEMS, INC. | **JURY TRIAL DEMANDED** |
| Defendant. | |

WHITE & CASE LLP
ATTORNEYS AT LAW

PALOALTO 111439 (2K)                1                STIPULATED REQUEST FOR ORDER CHANGING TIME
                                                     CASE NO.: 11-cv-00693-JSW

**STIPULATED REQUEST FOR ORDER CHANGING TIME**

Pursuant to Local Rule 6-2 of the Local Rules for the Northern District of California, Plaintiff and Counterclaim-Defendant Interwoven, Inc. ("Interwoven") and Defendant and Counterclaimant Vertical Computer Systems, Inc. ("Vertical"), by and through their respective counsel of record, jointly request the Court for an extension of time for the parties' filing of their joint claim construction and prehearing statement from September 12, 2011 to October 10, 2011. This requested extension of time does not impact any other dates in the Court's claim construction schedule (as set forth below). *See* Dkt. 58.

- October 12, 2011: Completion of claim construction discovery.
- October 27, 2011: Vertical shall file its opening claim construction brief.
- November 14, 2011: Interwoven shall file its responsive claim construction brief.
- November 28, 2011: Vertical shall file its reply claim construction brief.
- December 14, 2011 at 10:00 a.m.: Claim Construction Hearing
- February 23, 2012 at 10:00 a.m.: Further Case Management Conference

The parties hereby jointly request the Court for a brief extension for the filing of the joint claim construction and prehearing statement because the parties are, in good faith, working towards a settlement of this dispute and have tentatively scheduled another mediation session on October 3, 2011 (pending confirmation of the mediator's and the parties' schedules). This short continuance will provide additional time to continue these discussions to reduce the burdens on the Court. The Declaration of Bijal V. Vakil, provides the information required by Civil L.R. 6-2(a)(1)-(3).

The parties' stipulated request herein is not made for purposes of delay or harassment, but is based in good faith upon the grounds stated above. For these reasons, the parties

WHITE & CASE LLP
ATTORNEYS AT LAW

1  respectfully request an Order from this Court changing the date for the parties' filing of their
2  joint claim construction and prehearing statement from September 12, 2011 to October 10, 2011.

3  Dated: September 2, 2011              Respectfully submitted,
4
5                                        By:  */s/ Bijal V. Vakil*
                                              NOAH A. BRUMFIELD (Cal. Bar No. 203653)
6                                             nbrumfield@whitecase.com
                                              BIJAL V. VAKIL (Cal. Bar No. 192878)
7                                             bvakil@whitecase.com
                                              SHAMITA D. ETIENNE-CUMMINGS (Cal. Bar No. 202090)
8                                             setienne@whitecase.com
                                              JENNIFER P. GOSSAIN (Cal. Bar No. 254174)
9                                             jgossain@whitecase.com
                                              **WHITE & CASE LLP**
10                                            5 Palo Alto Square, 9th Floor
                                              3000 El Camino Real
11                                            Palo Alto, CA  94306
                                              Telephone:  (650) 213-0300
12                                            Facsimile:   (650) 213-8158
13
                                              ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM-
14                                            DEFENDANT INTERWOVEN, INC.

15 Dated: September 2, 2011               Respectfully submitted,

16                                        By:  */s/ Vasilios D. Dossas*
17                                            REHON & ROBERTS, APC
                                              Mark V. Isola (SBN 154614)
18                                            misola@rehonroberts.com
                                              830 The Alameda
19                                            San Jose, CA 95126
                                              Phone: (408) 494-0900
20                                            Fax: (408) 494-0909

21                                            NIRO, HALLER & NIRO
                                              Vasilios D. Dossas *(Pro Hac Vice)*
22                                            dossas@nshn.com
                                              181 West Madison, Suite 4600
23                                            Chicago, IL 60602-4515
                                              Phone: (312) 236-0733
24                                            Fax: (312) 236-3137
25
                                              Attorneys for Vertical Computer Systems, Inc.
26
27
28

WHITE & CASE LLP
ATTORNEYS AT LAW

1  The Court finds that the Stipulated Request for an Order Changing Time is well taken
2  and should be GRANTED.
3     PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
4  Dated:  9/2/11                              _____
5                                              Honorable Richard Seeborg
6                                              United States District Court Judge