*E-Filed 2/13/12*

1  NOAH A. BRUMFIELD (Cal. Bar No. 203653)
   nbrumfield@whitecase.com
2  BIJAL V. VAKIL (Cal. Bar No. 192878)
   bvakil@whitecase.com
3  JENNIFER P. GOSSAIN (Cal. Bar No. 254174)
   jgossain@whitecase.com
4  THOMAS C. FLYNN (Cal. Bar. No. 257945)
   tflynn@whitecase.com
5  **WHITE & CASE LLP**
   5 Palo Alto Square, 9th Floor
6  3000 El Camino Real
   Palo Alto, CA  94306
7  Telephone:  (650) 213-0300
   Facsimile:   (650) 213-8158
8

9  ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM-
   DEFENDANT INTERWOVEN, INC.

10 Mark V. Isola (Cal. Bar No. 154614)
   misola@rehonroberts.com
11 REHON & ROBERTS, APC
   830 The Alameda
12 San Jose, CA 95126
   Phone: (408) 494-0900
13 Fax: (408) 494-0909

14 Vasilios D. Dossas *(Pro Hac Vice)*
   dossas@nshn.com
15 NIRO, HALLER & NIRO
   181 West Madison, Suite 4600
16 Chicago, IL 60602-4515
   Phone: (312) 236-0733
17 Fax: (312) 236-3137

18 ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT
   VERTICAL COMPUTER SYSTEMS, INC.
19

20           **UNITED STATES DISTRICT COURT**
21           **NORTHERN DISTRICT OF CALIFORNIA**
22              **SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTERWOVEN, INC., | CIVIL CASE NO.: 3:10-cv-04645-RS |
| Plaintiff, | **STIPULATED REQUEST FOR CONSOLIDATION OF THE CASE MANAGEMENT CONFERENCE WITH THE HEARING FOR THE MOTION TO STAY AND [PROPOSED] ORDER** |
| vs. | |
| VERTICAL COMPUTER SYSTEMS, INC., | |
| Defendant. | **JURY TRIAL DEMANDED** |

WHITE & CASE LLP
ATTORNEYS AT LAW

1   Pursuant to Civil Local Rules 6-2 and 7-12 of the Northern District of California, Plaintiff and Counterclaim-Defendant Interwoven, Inc. ("Interwoven") and Defendant and Counterclaimant Vertical Computer Systems, Inc. ("Vertical"), by and through their respective counsel of record, jointly request for an Order Continuing the Case Management Conference currently scheduled for February 23, 2012 at 10 a.m. to March 1, 2012 at 10 a.m., and a corresponding extension of time from February 16, 2012 to February 23, 2012 to file the supplemental joint case management statement.

The parties request this short continuance in order to accommodate pre-existing travel plans of lead counsel for Interwoven, Bijal V. Vakil, and to consolidate the case management conference with the hearing on Interwoven's Motion to Stay, scheduled for March 1, 2012. *See* Dkt No. 86.

The Court's current scheduling order has no deadlines beyond the case management conference, and thus no additional deadlines will be affected by this request. *See* Dkt. 58. The parties respectfully request that the Court not construe this request as a waiver to any position taken with respect to the pending motion for a stay. The Declaration of Bijal V. Vakil, filed concurrently with this request, provides the information required by Civil L.R. 6-2(a)(1)-(3).

The parties' stipulated request herein is not made for purposes of delay or harassment, but is based in good faith upon the grounds stated above. For these reasons, the parties respectfully request an Order from this Court continuing the date for the Case Management Conference from February 23, 2012 at 10 a.m. to March 1, 2012 at ~~10 a.m.~~ 1:30 p.m.

WHITE & CASE LLP
ATTORNEYS AT LAW

PALOALTO 114990 (2K)    2    STIPULATED REQUEST FOR CONSOLIDATION OF CMC WITH HEARING ON MOTION TO STAY
CASE NO.: 3:10-CV-04645-RS

Dated: February 10, 2012                Respectfully submitted,

**WHITE & CASE LLP**

By:  */s/ Bijal V. Vakil*
     BIJAL V. VAKIL

ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANT INTERWOVEN, INC.

Dated: February 10, 2012                Respectfully submitted,

**NIRO, HALLER & NIRO**

By:  */s/ Vasilios D. Dossas*
     VASILIOS D. DOSSAS

ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT VERTICAL COMPUTER SYSTEMS, INC.

The Court finds that the Stipulated Request for an Order Consolidating the Case Management Conference with the Hearing on the Motion to Stay is well taken and should be GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  2/13/12                         _____
                                        Honorable Richard Seeborg
                                        United States District Court Judge