**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERWOVEN, INC., | No. C 10-04645 RS |
| Plaintiff, | **CASE MANAGEMENT** |
| v. | **SCHEDULING ORDER** |
| VERTICAL COMPUTER SYSTEMS, INC., | |
| Defendants. | |
| _____/ | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on May 24, 2012.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.       DISCOVERY.  On or before October 12, 2012, all non-expert discovery shall be completed by the parties.

2.       EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions shall proceed as follows:

A.  On or before December 7, 2012, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

B.  On or before January 18, 2013, defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

C.  On or before February 15, 2013, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

3.     FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **November 8, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

4.     PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than May 23, 2013.

5.     PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before July 18, 2013 counsel shall file a Joint Pretrial Statement.

6.     PRETRIAL CONFERENCE.  The final pretrial conference will be held on **August 1, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

7.     TRIAL DATE.   Trial shall commence on **August 12, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:  5/25/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

**United States District Court**
For the Northern District of California

2