1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERWOVEN, INC., | CIVIL CASE NO.: 3:10-cv-04645-RS |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER ALLOWING AMENDMENT OF INFRINGEMENT AND INVALIDITY CONTENTIONS AND CLARIFYING TIMING OF EXPERT TESTIMONY |
| vs. | |
| VERTICAL COMPUTER SYSTEMS, INC. | |
| Defendant. | |
| | JURY TRIAL DEMANDED |

Having reviewed the Stipulation filed by the parties pursuant to Local Rule 7-12 and Patent L.R. 3-6, and finding that good cause exists,

IT IS HEREBY ORDERED that:

- On or before August 31, 2012, Vertical Computer Systems, Inc. ("Vertical") shall serve its amended Infringement Contentions.

- On or before September 15, 2012, Interwoven, Inc. ("Interwoven") shall serve its amended Invalidity Contentions.

- On or before December 7, 2012, the Parties shall disclose expert testimony and reports on issues for which the Parties bear the burden of proof in accordance with Federal Rule of Civil Procedure 26(a)(2).

PALOALTO 133284 (2K)

1  • On or before January 18, 2013, the Parties shall disclose expert testimony and
2  reports on issues for which the Parties do not bear the burden of proof in
3  accordance with Federal Rule of Civil Procedure 26(a)(2).
4  • On or before February 15, 2013, all discovery of expert witnesses pursuant to
5  Federal Rule of Civil Procedure 26(b)(4) shall be completed.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: __7/24/12_____      _____
                                         Honorable Richard Seeborg
                                         United States District Court Judge