IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

INTERWOVEN, INC.,

      Plaintiff,

  v.

VERTICAL COMPUTER SYSTEMS,

      Defendant.
_____/

No. CV 10-04645 RS

**ORDER DENYING MOTION TO SEAL AND SETTING HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT**

      Plaintiff filed an administrative motion to file portions of a summary judgment motion under seal. The redacted motion for summary judgment indicated plaintiff contemplated a November 29, 2012 hearing date for the substantive motion. However, plaintiff failed to properly notice that date and, as a result, the hearing has not been set. That date is now closed. Consequently, plaintiff's motion for summary judgment shall be heard on December 13, 2012 at 1:30 p.m.

      Furthermore, most, if not all, of the information plaintiff has requested be filed under seal does not meet the requirements of Civil Local Rule 79-5. Simply designating documents as "highly confidential" during the discovery process does not entitle them to be filed under seal in court. Plaintiff's motion to file under seal is denied without prejudice to re-file an appropriately "narrowly tailored" request.

      IT IS SO ORDERED

Dated: 10/30/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE