MARK V. ISOLA (SBN 154614)
misola@rehonroberts.com
**REHON & ROBERTS, APC**
830 The Alameda
San Jose, CA  95126
Telephone:  (408) 494-0900
Facsimile:  (408) 494-0909

VASILIOS D. DOSSAS (*Pro Hac Vice*)
dossas@nshn.com
**NIRO, HALLER & NIRO**
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone:  (312) 236-0733
Facsimile:  (312) 236-3137
*Attorneys for Vertical Computer Systems, Inc.*


BIJAL V. VAKIL (Cal. Bar No. 192878)
bvakil@whitecase.com
NOAH A. BRUMFIELD (Cal. Bar No. 203653)
nbrumfield@whitecase.com
JENNIFER P. GOSSAIN (Cal. Bar No. 254174)
jgossain@whitecase.com
THOMAS C. FLYNN (Cal. Bar. No. 257945)
tflynn@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:   (650) 213-8158
*Attorneys for Plaintiff, Interwoven, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERWOVEN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VERTICAL COMPUTER SYSTEMS, INC.,<br><br>Defendant. | Case No. 3:10-cv-04645-RS (KAW)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER; DECLARATION OF VASILIOS D. DOSSAS IN SUPPORT**<br><br>JURY TRIAL DEMANDED |

**STIPULATED REQEUST FOR ORDER CHANGING TIME**

Pursuant to Local Rule 6-2 of the Local Rules for the Northern District of California, Plaintiff, Interwoven, Inc., ("Interwoven") and Defendant, Vertical Computer Systems, Inc. ("Vertical"), by and through their respective counsel of record, jointly request the Court for an extension of time for the deadlines as set forth below:

- for the disclosure of expert testimony and reports on issues for which the Parties bear the burden of proof in accordance with Federal Rule of Civil Procedure 26(a)(2) from December 7, 2012 to December 21, 2012;

- for the disclosure of expert testimony and reports on issues for which the Parties do not bear the burden of proof in accordance with Federal Rule of Civil Procedure 26(a)(2) from January 18, 2013 to February 1, 2013;

- for the discovery of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4) to be completed from February 15, 2013 to March 1, 2013.

This requested extension of time does not impact any other dates in the Court's Case Management Schedule. *See* Dkt. Nos. 117, and 125.

The parties hereby jointly request the Court grant a brief extension for the deadline for the initial and rebuttal reports because fact discovery continued past the fact discovery cut-off date and the parties need the extra time to prepare their reports. This short continuance will provide additional time to complete initial and rebuttal expert reports. The Declaration of Vasilios D. Dossas provides the information required by Civil L.R. 6-2(a)(1)-(3). The parties' stipulated request herein is not made for purposes of delay or harassment, but is based in good faith upon the grounds stated above. For these reasons, the parties respectfully request an Order from this Court changing the date for the parties' deadline for the disclosure of expert testimony and reports on issues for which the Parties bear the burden of proof in accordance with Federal Rule of Civil Procedure 26(a)(2) from December 7, 2012 to December 21, 2012; and for the

1 disclosure of expert testimony and reports on issues for which the Parties do not bear the burden
2 of proof in accordance with Federal Rule of Civil Procedure 26(a)(2) from January 18, 2013 to
3 February 1, 2013; and for the discovery of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4)
4 to be completed from February 15, 2013 to March 1, 2013.

7 Date: November 16, 2012   Respectfully submitted,

*/s/ Vasilios D. Dossas*
MARK V. ISOLA (SBN 154614)
misola@rehonroberts.com
**REHON & ROBERTS, APC**
830 The Alameda
San Jose, CA 95126
Telephone: (408) 494-0900

VASILIOS D. DOSSAS (*Pro Hac Vice*)
dossas@nshn.com
**NIRO, HALLER & NIRO**
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone: (312) 236-0733
**Attorneys for Vertical Computer Systems, Inc.**

Respectfully submitted,

Date: November 16, 2012

*/s/ Bijal V. Vakil*
BIJAL V. VAKIL (Cal. Bar No. 192878)
bvakil@whitecase.com
NOAH A. BRUMFIELD (Cal. Bar No. 203653)
nbrumfield@whitecase.com
JENNIFER P. GOSSAIN (Cal. Bar No. 254174)
jgossain@whitecase.com
THOMAS C. FLYNN (Cal. Bar. No. 257945)
tflynn@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
**Attorneys for Plaintiff, Interwoven, Inc.**

STIPULATED REQUEST FOR ORDER CHANGING TIME
CASE NO. 3:10-CV-04645-RS (KAW)

- 3 -

1
2   The Court finds that the Stipulated Request for an Order Changing Time is well taken
3   and should be GRANTED.
4
5   PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
6   Dated: __11/16/12_____        _____
7                                          Honorable Richard Seeborg
                                           United States District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  STIPULATED REQUEST FOR ORDER CHANGING TIME                                   - 1 -
    CASE NO. 3:10-CV-04645-RS