IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERWOVEN, INC., | Case No. 3:10-cv-04645-RS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER REINSTATING VERTICAL'S AUGUST 31, 2012 AMENDED INFRINGMENT CONTENTIONS FOR CLAIMS 56 AND 57 OF U.S. PATENT NO. 6,826,744** |
| v. | |
| VERTICAL COMPUTER SYSTEMS, INC., | |
| Defendant. | |
| | JURY TRIAL DEMANDED |

Having reviewed the Stipulation filed by the parties, and finding that good cause exists,

IT IS HEREBY ORDERED that Vertical's August 31, 2012 Amended Infringement Contentions for Claims 56 and 57 of U.S. Patent No. 6,826,744 are reinstated and this request should be GRANTED.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 1/15/13

_____
Honorable Richard Seeborg
United States District Court Judge