1  BIJAL V. VAKIL (Cal. Bar No. 192878)
   bvakil@whitecase.com
2  NOAH A. BRUMFIELD (Cal. Bar No. 203653)
   nbrumfield@whitecase.com
3  JENNIFER P. GOSSAIN (Cal. Bar No. 254174)
   jgossain@whitecase.com
4  THOMAS C. FLYNN (Cal. Bar. No. 257945)
   tflynn@whitecase.com
5  **WHITE & CASE LLP**
6  3000 El Camino Real
   5 Palo Alto Square, 9th Floor
7  Palo Alto, CA  94306
   Telephone:  (650) 213-0300
8  Facsimile:   (650) 213-8158

9  ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM-
   DEFENDANT INTERWOVEN, INC.
10
   MARK V. ISOLA (Cal. Bar No. 154614)
11 misola@rehonroberts.com
   **REHON & ROBERTS, APC**
12 830 The Alameda
   San Jose, CA 95126
13 Telephone: (408) 494-0900
   Facsimile: (408) 494-0909
14
   VASILIOS D. DOSSAS (*Pro Hac Vice*)
15 dossas@nshn.com
   **NIRO, HALLER & NIRO, LTD.**
16 181 West Madison Street, Suite 4600
   Chicago, IL 60602-4515
17 Telephone: (312) 236-0733
   Facsimile: (312) 236-3137
18
   ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT
19 VERTICAL COMPUTER SYSTEMS, INC.

20

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| INTERWOVEN, INC., | Civil Case No. 3:10-cv-04645 RS |
| Plaintiff, |  |
| vs. | **JOINT STIPULATED REQUST FOR EXTENSION OF TIME AND TO SET HEARING DATE FOR PRETRIAL MOTIONS AND [~~PROPOSED~~] ORDER** |
| VERTICAL COMPUTER SYSTEMS, INC., |  |
| Defendant. |  |
|  | HON. RICHARD SEEBORG |

PALOALTO 145780 (2K)

WHITE & CASE LLP
ATTORNEYS AT LAW

Pursuant to Local Rules 6-2 and 7-12 of the Civil Local Rules for the Northern District of California, Plaintiff, Interwoven, Inc., ("Interwoven") and Defendant, Vertical Computer Systems, Inc. ("Vertical"), by and through their respective counsel, jointly request the Court extend the deadline for pretrial motion hearings, and set a hearing date on or after June 17, 2013 for pretrial motions.

In its May 25, 2012 Case Management Scheduling Order (Dkt. No. 117), the Court set a deadline of May 23, 2013 for hearing pretrial motions. Interwoven intends to file a Motion for Summary Judgment addressing a number of issues.[1]

The Court is unavailable from May 13, 2013 through May 17, 2013, as well as on May 23, 2013. These dates on which the Court is unavailable include the last two civil law and motion calendar days on which pretrial motions could be heard. The parties further understand that the Court is not available for a pretrial motion hearing on May 21, 2013, a date the parties had initially proposed to the Court through the Court's clerk.

Counsel for Interwoven will be in trial in Washington, DC from May 31, 2013 through June 7, 2013 and expects to be in Washington, DC for this trial from May 22, 2013 through June 8, 2013. Counsel for Vertical has a prior travel engagement from May 3, 2013 to May 13, 2013, and is unavailable for a pretrial motion hearing in California during that time period.

By prior agreements of the parties, and due the production of additional revenue data by Interwoven on February 27, 2013, as well as an unexpected illness that led to the cancellation of his deposition scheduled for February 27, 2013, the parties agreed that Vertical's damages expert, Joseph Gemini would serve a supplemental report on March 20, 2013, and will be deposed on March 26, 2013. Counsel for Interwoven expects that the Gemini supplemental report and deposition will be essential to Interwoven's planned motions practice.

Counsel for Interwoven and counsel for Vertical have conferred, and both are available for a pretrial motion hearing on or after June 17, 2013. The Declaration of Bijal V. Vakil that accompanies this stipulated request and provides the information required by Civil L.R. 6-2.

---

[1] Vertical does not currently intend to file a Motion for Summary Judgment.

The parties therefore stipulate and jointly request that the Court extend the deadline for pretrial motion hearings and schedule a pretrial motion hearing on or after June 17, 2013.

Pursuant to this stipulated request, briefing will proceed according to Civil L.R. 7-2, and Civil L.R. 7-3 with motions filed and served 35 days before the hearing date.

Dated: March 21, 2013							Respectfully submitted,

**WHITE & CASE LLP**

By:     */s/ Bijal V. Vakil*
           BIJAL V. VAKIL

ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANT INTERWOVEN, INC.

Dated: March 21, 2013							**NIRO, HALLER & NIRO, LTD.**

By:     */s/ Vasilios D. Dossas*
           VASILIOS D. DOSSAS

ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT VERTICAL COMPUTER SYSTEMS, INC.

### **ATTESTATION CLAUSE**

I, Bijal V. Vakil, hereby attest in accordance with Local Rule 5-1(i)(3) that Vasilios D. Dossas, counsel for Vertical Computer Systems, Inc., has provided his concurrence with the electronic filing of the foregoing document entitled:

JOINT STIPULATED REQUST FOR EXTENSION OF TIME AND TO SET HEARING DATE FOR PRETRIAL MOTIONS

Dated: March 21, 2013							By:     */s/ Bijal V. Vakil*
           BIJAL V. VAKIL

**ORDER**

The Court finds that the Stipulated Request for an Order Changing Time is well taken and should be GRANTED. Pretrial motions in this case will be set for hearing on June [ 20 ], 2013 at [ 1:30 p.m. ].

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 3/21/13                              _____
                                             Honorable Richard Seeborg
                                             United States District Court Judge

WHITE & CASE LLP
ATTORNEYS AT LAW

PALOALTO 145780 (2K)

4

JOINT STIPULATED REQUEST
FOR EXTENSION AND TO SET HEARING DATE
CASE NO. 3:10-CV-04645 RS