IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERWOVEN, INC., | No. CV 10-04645 RS |
| Plaintiff, | **ORDER REQUESTING SUPPLEMENTAL BRIEFING** |
| v. | |
| VERTICAL COMPUTER SYSTEMS, | |
| Defendant. | |

In its Reply briefs, Interwoven, brings several motions to strike. As these were not properly noticed motions in accordance with Civil Local Rule 7-1, Vertical has not had an adequate opportunity to respond. Accordingly, Vertical is directed to file one surreply brief, not exceeding fifteen pages, addressing the various motions to strike Interwoven raises in its Reply briefs. This surreply shall be due no later than Wednesday, July 3, 2013.

IT IS SO ORDERED

Dated: 6/27/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE