IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERWOVEN, INC., | No. C 10-04645  RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| VERTICAL COMPUTER SYSTEMS, INC., | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a further Case Management Conference on October 17, 2013.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.   ALTERNATIVE DISPUTE RESOLUTION.

SETTLEMENT CONFERENCE.  The parties are hereby REFERRED to Magistrate Judge Grewal for the purpose of engaging in a settlement conference.

2.   PRETRIAL MOTIONS.  Plaintiff may file one additional motion for summary judgment, limited to no more than 25 pages and limited to the issue of direct infringement and be heard no later than **January 23, 2014**.

CASE MANAGEMENT SCHEDULING ORDER

3. PRETRIAL CONFERENCE. The final pretrial conference will be held on **February 20, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

4. TRIAL DATE. A jury trial shall commence on **March 10, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: October 21, 2013

_____
RICHARD SEEBORG
United States District Judge