**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERWOVEN, INC., | No. C 10-04645 RS |
| Plaintiff, | **ORDER AFFIRMING MAGISTRATE JUDGE'S DISCOVERY DIRECTIVE** |
| v. | |
| VERTICAL COMPUTER SYSTEMS, INC., | |
| Defendants. | |

On December 2, 2012, Magistrate Judge Spero denied Vertical Ex Parte Application for Order Compelling Deposition for the parties' failure to meet and confer. Vertical then filed a request (Dkt. No. 226), which did not respond to Judge Spero's order, seeking relief from this court. The parties are directed to comply with Judge Spero's directive. Any remaining issues with respect to discovery are to be referred to Judge Spero for resolution.

IT IS SO ORDERED.

Dated: December 3, 2013

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE