WHITE & CASE LLP
ATTORNEYS AT LAW

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERWOVEN, INC., | Civil Case No. 3:10-cv-04645 RS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST FOR ORDER TO SET HEARING DATE FOR PRETRIAL CONFERENCE** |
| vs. | |
| VERTICAL COMPUTER SYSTEMS, INC., | |
| Defendant. | |

PALOALTO 153475 (2K)

1. The Court finds that the Stipulated Request for an Order to Set Hearing Date for Pretrial Conference is well taken and should be GRANTED. Pretrial Conference in this matter is set for March ~~20~~ 19th, 2014. at 10:00 a.m.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 2/11/14

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

WHITE & CASE LLP
ATTORNEYS AT LAW

PALOALTO 153475 (2K)

[PROPOSED] ORDER GRANTING
JOINT STIPULATED REQUEST
TO SET PRETRIAL CONFERENCE DATE
CASE NO. 3:10-CV-4645-RS