**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

INTERWOVEN, INC.,                                   No. C 10-04645 RS

**STANDBY ORDER OF DISMISSAL**

           Plaintiffs,

   v.

VERTICAL COMPUTER SYSTEMS, INC.,

          Defendants.
_____/

      The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **May 12, 2014**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 15, 2014 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

      IT IS SO ORDERED.

Dated:   3/13/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE