MARK V. ISOLA (SBN 154614)
misola@rehonroberts.com
**REHON & ROBERTS, APC**
830 The Alameda
San Jose, CA 95126
Tel.:  (408) 494-0900
Fax:  (408) 494-0909

RAYMOND P. NIRO (*Pro Hac Vice*)
VASILIOS D. DOSSAS (*Pro Hac Vice*)
OLIVIA T. LUK (*Pro Hac Vice*)
ASHLEY E. LAVALLEY (*Pro Hac Vice*)
rniro@nshn.com
dossas@nshn.com
oluk@nshn.com
alavalley@nshn.com
**NIRO, HALLER & NIRO**
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Tel.:  (312) 236-0733
Fax:  (312) 236-3137
*Attorneys for Vertical Computer Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| INTERWOVEN, INC., | Case No. 3:10-cv-04645-RS |
|---|---|
| Plaintiff, | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |
| v. | Hon. Richard Seeborg |
| VERTICAL COMPUTER SYSTEMS, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

Pursuant to FED. R. CIV. P. 41(a)(2) and (c), Plaintiff Interwoven, Inc. and Defendant Vertical Computer Systems, Inc., hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

STIPULATED MOTION FOR DISMISSAL
WITH PREJUDICE – CASE NO. 3:10-CV-04645-RS

1 | Dated:  June 2, 2014 | /s/ Vasilios D. Dossas
  |                      | Raymond P. Niro (Pro Hac Vice)
2 |                      | Vasilios D. Dossas (Pro Hac Vice)
  |                      | Olivia T. Luk (Pro Hac Vice)
3 |                      | Ashley E. LaValley (Pro Hac Vice)
  |                      | rniro@nshn.com
4 |                      | dossas@nshn.com
  |                      | oluk@nshn.com
5 |                      | alavalley@nshn.com
  |                      | **NIRO, HALLER & NIRO**
6 |                      | 181 West Madison, Suite 4600
  |                      | Chicago, IL 60602-4515
7 |                      | Tel.:    (312) 236-0733
  |                      | Fax:    (312) 236-3137
8 |                      | ***Attorneys for Vertical Computer Systems, Inc.***

10

11 | Dated:  June 2, 2014 | /s/ Bijal V. Vakil
  |                      | Bijal V. Vakil (Cal. Bar No. 192878)
  |                      | Noah A. Brumfield (Cal. Bar No. 203653)
12 |                     | Thomas C. Flynn (Cal. Bar. No. 257945)
  |                      | bvakil@whitecase.com
13 |                     | nbrumfield@whitecase.com
  |                      | tflynn@whitecase.com
14 |                     | **WHITE & CASE LLP**
  |                      | 3000 El Camino Real
15 |                     | 5 Palo Alto Square, 9th Floor
  |                      | Palo Alto, CA  94306
16 |                     | Tel.    (650) 213-0300
  |                      | Fax:    (650) 213-815
17 |                     | ***Attorneys for Interwoven, Inc.***

STIPULATED MOTION FOR DISMISSAL
WITH PREJUDICE – CASE NO. 3:10-CV-04645-RS

- 2 -