MARK V. ISOLA (SBN 154614)
misola@rehonroberts.com
**REHON & ROBERTS, APC**
830 The Alameda
San Jose, CA 95126
Tel.:   (408) 494-0900
Fax:   (408) 494-0909

RAYMOND P. NIRO (*Pro Hac Vice*)
VASILIOS D. DOSSAS (*Pro Hac Vice*)
OLIVIA T. LUK (*Pro Hac Vice*)
ASHLEY E. LAVALLEY (*Pro Hac Vice*)
rniro@nshn.com
dossas@nshn.com
oluk@nshn.com
alavalley@nshn.com
**NIRO, HALLER & NIRO**
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Tel.:   (312) 236-0733
Fax:   (312) 236-3137
*Attorneys for Vertical Computer Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERWOVEN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VERTICAL COMPUTER SYSTEMS, INC.,<br><br>Defendant. | Case No. 3:10-cv-04645-RS<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Richard Seeborg<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff Interwoven, Inc. and Defendant Vertical Computer Systems, Inc. is GRANTED.

1 It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Interwoven, Inc. and Defendant Vertical Computer Systems, Inc., are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**SO ORDERED:**

Dated: 6/2/14

_____
The Honorable Richard Seeborg